FILED

04/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0198



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0198

GARDINER-PARK COUNTY WATER
AND SEWER DISTRICT,

       Plaintiff, Counter-Defendant
and Appellee and Cross-Appellant,

       v.

DONALD KNIGHT, GINA M. KNIGHT,
LANDON KNIGHT, and JOHN DOES 1-
10,

       Defendants, Counter-Plaintiffs
and Appellants.

DONALD KNIGHT and GINA M.
KNIGHT

       Third-Party Plaintiffs,

       v.

PARK COUNTY, a political subdivision of
the State of Montana, acting by and
through its County Commissioners, Bill
Berg, Steve Caldwell, and Clint Tinsley,

       Third-Party Defendants.

GARDINER-PARK COUNTY WATER
AND SEWER DISTRICT,

       Third-Party Plaintiff and
Cross-Appellant,

**ORDER OF MEDIATOR APPOINTMENT**

v.

STANDISH EXCAVATION, LC,

   Third-Party Defendant.

DONALD KNIGHT, GINA M. KNIGHT,
and LANDON KNIGHT,

   Third-Party Plaintiffs and
Appellants,

THOMAS E. STONE, DONALD L.
CLARK, VICTOR D. BEERS,
and BRAD A. HARBACH,

   Third-Party Defendants and
Appellees.

   This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

   IT IS ORDERED THAT **Dana Charles Christian,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

   IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

   A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

   DATED this April 26, 2023.

           _____
           Bowen Greenwood, Clerk of the Supreme Court

c: Elizabeth Worth Lund, Thomas D. Shea, Jr., Vuko J. Voyich, Kellie A. Voyich, Mitchell A. Young, Webster Mallory Crist, Karl Knuchel, Dana Charles Christian